**Ronald I. PAUL, Plaintiff–Appellant,**

v.

**Paul D. DE HOLCZER, individually and as a partner of the law firm of Moses, Koon & Brackett, PC; Michael H. Quinn, individually and as senior lawyer of Quinn Law Firm, LLC; J. Charles Ormond, Jr., individually and as partner of the Law Firm of Holler, Dennis, Corbett, Ormond, Plante & Garner; Oscar K. Rucker, in his individual capacity as Director, Rights of Way South Carolina Department of Transportation; Macie M. Gresham, in her individual capacity as Eastern Region Right of Way Program Manager South Carolina Department of Transportation; Natalie J. Moore, in her individual capacity as Assistant Chief Counsel, South Carolina Department of Transportation, Defendants–Appellees.**

198

No. 15–2059.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 29, 2016.

Decided: Feb. 4, 2016.

Ronald I. Paul, Appellant Pro Se.

Before MOTZ, GREGORY, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ronald I. Paul appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing without prejudice his 42 U.S.C. § 1983
(2012) complaint * and the order denying
his Fed.R.Civ.P. 59(e) motion to alter or
amend the judgment. We have reviewed
the record and find no reversible error.
Accordingly, we grant leave to proceed in
forma pauperis and affirm for the reasons
stated by the district court. *Paul v. de
Holczer,* No. 3:15–cv–02178–CMC, 2015
WL 4545974 (D.S.C. July 28, 2015 & Sept.
2, 2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*

* We conclude we have jurisdiction over this
appeal. *See Goode v. Cent. Va. Legal Aid*

*Soc'y, Inc.,* 807 F.3d 619, 623–25 (4th Cir.
2015) (providing standard).